UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYLAN MILES,

                      Plaintiff,

-against-

NEW YORK-PRESBYTERIAN HOSPITAL, et al.,

                      Defendants.

22-CV-3161 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 22-CV-3161 (LTS).

    Plaintiff also failed to provide a mailing address, or to consent to electronic service of documents. It is Plaintiff's obligation to provide the Court with an address for mail service, Fed. R. Civ. P. 11(a), and the action cannot proceed if Plaintiff does not do so. The Court therefore directs Plaintiff to provide the Court, within thirty days of the date of this order, with a mailing address where Plaintiff can receive service of documents.[1]  Plaintiff must submit his address to this Court's Pro Se Intake Unit in a written document labeled with docket number 22-CV-3161

---

[1] Because this order cannot be mailed to Plaintiff, the Court recognizes that Plaintiff will receive notice of this order only by reviewing the docket or contacting the Court's Pro Se Intake Unit to ask about the status of this case.

(LTS).[2] Plaintiff may also provide the Court with an email address and consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is also available on the Court's website.

No summons shall issue at this time. If Plaintiff fails to respond within the time allowed, the Court will dismiss the complaint without prejudice to Plaintiff's refiling it. *See* Fed. R. Civ. P. 41(b).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 18, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[2] Plaintiff can submit these documents by emailing them to the temporary email box for pro se litigants, Temporary_Pro_Se_Filing@nysd.uscourts.gov.