UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYLAN MILES,<br><br>                    Plaintiff,<br><br>-against-<br><br>NEW YORK PRESBYTERIAN HOSPITAL, et al.,<br><br>                    Defendants. | 22-CV-3161 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Title VII claim is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 21, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge